ACCEPTED
06-15-00146-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 9:41:40 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00146-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/23/2015 9:41:40 AM
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE |
| | § | |
| VS. | § | 6th COURT |
| | § | |
| CHASE CRAIG HUDSON | § | OF APPEALS |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Chase Hudson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Chase Craig Hudson, and numbered 1424247.

3.      Appellant was convicted of Injury to an Elderly.

4.      Appellant was assessed a sentence of twenty years on August 12, 2015.

5.      Notice of appeal was given on August 19, 2015.

6. The clerk's record was filed on October 6, 2015; the reporter's record was filed on October 13, 2015.

7. The appellate brief is presently due on December 14, 2015.

8. One extension has been granted.

9. Appellant requests an extension of time until January 4, 2016.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's Attorney is a solo practitioner and has been involved in the trial of two felony jury trial during the month of October and the first week of November of 2015; further Appellant's Attorney was involved in a misdemeanor jury trial during October. Appellant's Attorney has been in preparation of for trial in multiple cases including an Aggravated Sexual Assault of a Child, Delivery of a Controlled Substance, and Murder. Appellant's Attorney has also been out of the office for the birth of his Grandson. Appellant's Attorney has been unable to complete the Appellant's brief in this matter, but will complete the brief on or before January 4, 2016.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such

other and further relief as the Court may deem appropriate.

Respectfully submitted,

FRANK LONG
614 Oak Avenue
Sulphur Springs, Texas 75482
Tel: (903) 885-7800
Fax: (903) 885-7133

By:
    Frank Long
    State Bar No. 12519500
    franklonglaw@gmail.com
    Attorney for Chase Hudson

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, Texas, by fax to 903-885-0640.

Frank Long

STATE OF TEXAS

COUNTY OF HOPKINS

§
§
§

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Frank Long, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Frank Long
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on December 23, 2015, to certify which witness my hand and seal of office.



Notary Public, State of Texas

LACI SHEA MURRAY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-12-2017